# United States District Court
## Western District of Kentucky

Audrea Peet, Plaintiff

v.

A2B Cargo logistics Inc etal, Defendant(s)

**NON-PRISONER APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 5:21-CV-69-TBR

FILED
James J. Vilt, Jr., Clerk
6/9/21
U.S. District Court
Western District of Kentucky

I, Audrea Peet, swear or affirm under penalty of perjury that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other _____

in the above-named proceeding, that I am unable to pay the costs of these proceedings, and that I believe I am entitled to the relief sought in the complaint/petition/motion. I further swear or affirm under penalty of perjury under United States laws that my answers on this form and any attachments are true and correct.

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number.

*NOTE: You should be prepared to provide the Court with copies of documents that support or verify all your answers to the questions in this application.*

Signed: audrea peet            Date: 5/25/2021
Print your Name: Audrea Peet         6/9/2021

1. State the address of your legal residence: 311 Lee ave, Sikeston Mo 63801

   Your daytime phone number: _____

2. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | YOU | SPOUSE | YOU | SPOUSE |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest & dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | YOU | SPOUSE | YOU | SPOUSE |
| Gifts or Inheritance | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specifiy) _____ _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly Income | $ 0 | $ 0 | $ 0 | $ 0 |

3. Are you currently employed?   ☐ Yes   ☒ No
   Is your spouse currently employed?   ☐ Yes   ☒ No

4. List your employment history, current or, if you are not currently employed, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|---|
| a. | NA | | | $ 0 |
| b. | NA | | | $ 0 |
| c. | NA | | | $ 0 |

List your spouse's employment history, current or, if your spouse is not currently employed, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|---|
| a. | none | | | $ 0 |
| b. | none | | | $ 0 |
| c. | none | | | $ 0 |

6. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in checking or savings accounts or in any other financial institution.

| | Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|---|
| a. | none | | $ 0 | $ 0 |
| b. | none | | $ 0 | $ 0 |
| c. | none | | $ 0 | $ 0 |

7. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Asset | | Description | Value |
|---|---|---|---|
| a. Home | none | | $ 0 None |
| b. Real Estate | none | | $ 0 None |
| c. Motor Vehicle | none Make & Year: Model: Registration #: | | $ 0 |
| d. Motor Vehicle | none Make & Year: Model: Registration #: | | $ 0 |
| e. Other Assets (for example, stocks, bonds, securities or other financial instruments) | none | | $ 0 |
| f. Other Assets | none | | $ 0 |

8. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Who owes you or your spouse money? | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| a. None | $ 0 | $ 0 |
| b. None | $ 0 | $ 0 |
| c. None | $ 0 | $ 0 |
| d. None | $ 0 | $ 0 |

9. State the persons who rely on you or your spouse for support.

| | Name | Relationship | Age | Amount Contributed Monthly for His/Her Support |
|---|---|---|---|---|
| a. | Ov-yT | Son | 5 | $ 0 |
| b. | Job Allen | Son | 4 | $ 0 |
| c. | Miracle | Daughter | 8 mth | $ 0 |
| d. | Gregory | husband | 54 | $ 0 |

10. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any amount that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Expense | You | Your Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ My husband Pay bills see his application | $ |
| Are real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |

See Gregory Peet Application

| Expense | You | Your Spouse |
|---|---|---|
| Insurance (not deducted from wages or included in mortgage payments. | | |
| Homeowner's or renters: | $ None | $ None |
| Life: | $ 0 | $ 0 |
| Health: | $ 0 | $ 0 |
| Motor Vehicle: | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ 0 | $ 0 |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ 0 |
| Credit Card(s) (name): _____ | $ 0 | $ 0 |
| Department Store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| **TOTAL MONTHLY EXPENSES** | $ 0 | $ 0 |

11. Do you expect any major changes to your or your spouse's monthly income or expenses, or in your or your spouse's assets or liabilities during the next 12 months?   ☐ Yes  ☒ No
    If yes, describe on an attached sheet.

12. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☒ No
    If yes, how much?  $ _____
    If yes, state the attorney's name, address and telephone number:
    _____
    _____

13. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or typist) any money for services with this case, including the completion of this form?  ☐ Yes  ☒ No
    If yes, how much?  $ _____
    If yes, state the person's name, address and telephone number:
    _____
    _____

14. Provide any other information that will help explain why you cannot, or cannot without undue hardship, pay the fees or costs for this case.